No. 79–6150. MATHEWS v. OHIO. Ct. App. Ohio, Licking County. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Illinois* v. *Vitale,* 447 U. S. 410 (1980).

No. 79–6190. CRAWFORD v. ALABAMA. Sup. Ct. Ala. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Beck* v. *Alabama,* 447 U. S. 625 (1980), and *United States* v. *Henry,* 447 U. S. 264 (1980).

No. A–1060. CRAIG v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. (FORD MOTOR CO. ET AL., REAL PARTIES IN INTEREST). Application for stay of trial court proceedings, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–1074. BLUE v. SEVENTH DISTRICT COMMITTEE OF THE VIRGINIA STATE BAR. Application for stay of the order of the Supreme Court of Virginia, dated April 18, 1980, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–1093. SILO v. KELLY, WARDEN, ET AL. Application for stay of trial court proceedings, addressed to MR. JUSTICE STEVENS and referred to the Court, denied.

No. A–1167. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER v. POTTS ET AL. Application to vacate the order dated June 28, 1980, of the United States Court of Appeals for the Fifth Circuit and for other relief, addressed to MR. JUSTICE POWELL, and by him referred to the Court, denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.